**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BOBBY L. HUNT, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-08-633-M |
| | ) |
| HARVEY BURKHART, *et al*, | ) |
| | ) |
|       Defendants. | ) |

## ORDER

On July 1, 2008, United States Magistrate Judge Gary M. Purcell issued two separate Reports and Recommendations in this action brought pursuant to 42 U.S.C. § 1983, seeking monetary damages and declaratory and injunctive relief for alleged constitutional violations committed by defendants. The Magistrate Judge recommends in both Reports and Recommendations that the Court dismiss without prejudice the cause of action pursuant to 28 U.S.C. § 1406(a) due to lack of venue. The parties were advised of their right to object to either Report and Recommendation by July 21, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the two Reports and Recommendations issued by the Magistrate Judge on July 1, 2008;

(2) GRANTS plaintiff's motion for permission of change of venue, liberally construed as a voluntary dismissal of his cause of action; and

(3) DISMISSES without prejudice the cause of action pursuant to 28 U.S.C. § 1406(a) due to lack of venue.

**IT IS SO ORDERED this 8th day of August, 2008.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE